IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIZANT TECHNOLOGIES, LLC | : CIVIL ACTION |
| v. | : |
| | : NO. 14-6977 |
| OCEAN STATE JOBBERS, INC. | : |

### ORDER

AND NOW, this 5th day of February 2015, upon consideration of Plaintiff's Motion to Remand (ECF Doc No. 6), Defendant's Response in Opposition (ECF Doc. No. 9), and Plaintiff's Reply Brief in Further Support of Plaintiff's Motion to Remand (ECF Doc. No. 10), it is **ORDERED**:

1. Plaintiff's Motion to Remand is **GRANTED** and this action is remanded to the Delaware County Court of Common Pleas.

2. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, Motion to Transfer (ECF Doc. No. 5) is **DENIED** as moot.

3. The Clerk shall mark this action **CLOSED**.

_____
KEARNEY, J.